Case No: 13-16795 M  Judge: Pat E. Morgenstern-Clarren  Trustee Name: MARY ANN RABIN, TRUSTEE
Case Name: MCBRIDE, BECKY MARIE  Date Filed (f) or Converted (c): 09/24/13 (f)
341(a) Meeting Date: 10/22/13
For Period Ending: 03/18/14  Claims Bar Date: 02/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4729 Anderson Road South Euclid, Ohio Liens: 1) Ci | 44,500.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 6.00 | 0.00 | | 0.00 | FA |
| 3. Charter One Bank Checking account | 33.17 | 0.00 | | 0.00 | FA |
| 4. Charter One Bank Joint savings account with non-fi | 350.00 | 0.00 | | 0.00 | FA |
| 5. Charter One Bank Joint savings account with debtor | 300.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings. No single item h | 357.50 | 0.00 | | 0.00 | FA |
| 7. Clothing - misc | 250.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry - Misc - $50 Wedding band - $50 | 100.00 | 0.00 | | 0.00 | FA |
| 9. Notre Dame College Employee group term life insura | 0.00 | 0.00 | | 0.00 | FA |
| 10. Notre Dame College Retirement Annuity TIAA Cref Ap | 16,648.70 | 0.00 | | 0.00 | FA |
| 11. 2013 Federal and State Tax Refunds Portions of the | 0.00 | 1,184.91 | | 0.00 | 1,184.91 |
| 12. 2003 Saturn Vue No lien KBB "Trade in" "Fair condi | 1,164.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $63,709.37   $1,184.91   $0.00   $1,184.91
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 18, 2014, 12:18 pm  "Hearing Scheduled" 4/17/14 at 8:30am - Turnover  "Waiting for Funds" $1,184.91

Initial Projected Date of Final Report (TFR): 06/01/14   Current Projected Date of Final Report (TFR): 06/01/14

/s/ MARY ANN RABIN, TRUSTEE
_____  Date: 03/18/14
MARY ANN RABIN, TRUSTEE

LFORM1  Ver: 17.05